157 A.3d 477

Diana SHEARER and Jeff Shearer, Petitioners

v.

Scott HAFER and Paulette Ford, Respondents

No. 248 MAL 2016

Supreme Court of Pennsylvania.

September 13, 2016

## ORDER

PER CURIAM

**AND NOW**, this 13th day of September, 2016, the Petition for Allowance of Appeal is **GRANTED**. The issues, as stated by Petitioners, are:

a. Whether the Superior Court should be reversed because it erred in affirming the trial court's order granting [Respondents'] request for a protective order where Mrs. Shearer has the right to have counsel present and to audio record all portions of a defense neuropsychological examination pursuant to the clear language of Pa.R.C.P. 4010[?]

b. Whether the Superior Court should be reversed because it erred in affirming the trial court's order granting [Respondents'] request for a protective order where Mrs. Shearer has the right to have counsel present and to audio record all portions of a defense neuropsychological examination and where [Respondents] have not shown good cause to justify stripping Mrs. Shearer of these protections granted to her under Pa.R.C.P. 4010[?]

In addition to the issues framed by Petitioners, the parties are directed to address the following question:

528

Whether the Superior Court erred in holding that the appeal was properly before it under the collateral order doctrine of Pa.R.A.P. 313?